# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL RENE LOPEZ,  Plaintiff(s),  v.  TERESSA IAELA-TOKUGAWA,  Defendant(s). | Case No. 2:24-cv-00876-NJK  **ORDER**  [Docket Nos. 9, 10, 13, 14] |

Plaintiff is proceeding *pro se* and filed an application to proceed *in forma pauperis*, triggering the Court's screening obligation pursuant to 28 U.S.C. § 1915(e). On May 9, 2024, Plaintiff filed a 50-page complaint, along with a 108-page appendix. Docket Nos. 4-1, 4-2. Plaintiff was informed at that time that: "the Court will screen your complaint and issue a separate screening order in the future. The Court may issue a screening order <u>several months</u> after you submit your complaint." Docket No. 7 at 2 (emphasis added). Pending before the Court are Plaintiff's motion for judicial notice to support motion to show cause (Docket No. 9), motion for an order to show cause (Docket No. 10), motion for expedited hearing and trial (Docket No. 13), and motion for review and approval of IFP (Docket No. 14). The Court construes all of these motions as seeking issuance of the screening order, which the Court issues concurrently with this order. Accordingly, these four motions are all **DENIED** as moot.

IT IS SO ORDERED.

Dated: August 22, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1