UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL RENE LOPEZ,<br><br>　　Plaintiff(s),<br><br>v.<br><br>TERESSE IAELA-TOKUGAWA, et al.,<br><br>　　Defendant(s). | Case No. 2:24-cv-00876-NJK<br><br>**ORDER**<br><br>[Docket No. 8] |

Pending before the Court is Plaintiff's motion to decline magistrate judges and for reassignment to a district judge. Docket No. 8.[1] The time for Plaintiff to decline magistrate judge consent expired long ago.[2] Hence, it appears that Plaintiff is instead seeking to withdraw his consent. "If a party challenges the consent process or moves to withdraw consent, the case will be randomly assigned to a District Judge to resolve the issue of consent." Gen. Order 2023-11 at 4. Accordingly, the Clerk's Office is **INSTRUCTED** to randomly assign a District Judge to this case to resolve the issue of consent.

IT IS SO ORDERED.

Dated: August 22, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The motion also seeks relief from the Early Neutral Evaluation program, which is a request directed to the evaluating judge. *See* Local Rule 16-6(c). If Plaintiff continues to seek such relief, he must file a separate motion. *See* Local Rule IC 2-2(b).

[2] The deadline to decline consent is 21 days after a party's first appearance. *See* Docket Nos. 2-3. Plaintiff first appeared on May 9, 2024. *See, e.g.*, Docket No. 4. Although Plaintiff contends that he was not provided the consent documentation in the first instance due to a Clerk's Office error, *see* Docket No. 8 at 2, he also makes clear that he was provided that information on May 21, 2024, *see id.* Hence, Plaintiff has long had notice of the magistrate judge referral and of the need to promptly decline such consent, but he did not do so in prompt fashion.