# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL RENE LOPEZ, | Case No. 2:24-cv-00876-APG-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 29] |
| TERESSA IAELA-TOKUGAWA, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to extend his deadline to amend, Docket No. 29, which is **GRANTED**. Plaintiff must file a second amended complaint by March 14, 2025. **Failure to comply with this order may result in dismissal of this case.**

IT IS SO ORDERED.

Dated: February 24, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1