# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL RENE LOPEZ,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>TERESSA IAELA-TOKUGAWA, et al.,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-00876-APG-NJK<br><br>ORDER<br><br>[Docket No. 43] |

　　　Pending before the Court is Plaintiff's motion to compel the Clerk's Office to issue summonses. Docket No. 43. Concurrently herewith, the Court is issuing a report and recommendation for dismissal. Accordingly, the instant motion is **DENIED**.

　　　IT IS SO ORDERED.

　　　Dated: August 6, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1