# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL RENE LOPEZ,<br><br>  Plaintiff<br><br>v.<br><br>TERESSE IAELA-TOKUGAWA, et al.,<br><br>  Defendants | Case No.: 2:24-cv-00876-APG-NJK<br><br>**Order Accepting Report & Recommendation and Dismissing Case**<br><br>[ECF No. 44] |

Magistrate Judge Koppe recommends dismissal with prejudice of Samuel Lopez's complaint. ECF No. 44. Lopez objects to dismissal with prejudice. ECF No. 46.

I have conducted a de novo review of the issues under Local Rule IB 3-2. Lopez's objection does not rebut Judge Koppe's findings or conclusions. Lopez has had several opportunities, and express direction how, to file a proper complaint, yet he continues to ignore Judge Koppe's directions. The Report and Recommendation sets forth the proper legal analysis and the factual basis for the decision, and I accept and adopt it as my own.

I THEREFORE ORDER that the Report and Recommendation (ECF No. 44) is accepted, and this case is DISMISSED with prejudice. All pending motions (ECF Nos. 38, 39, 40, 41, 42) are denied as moot. The clerk of the court shall enter Judgment accordingly and close this case.

DATED this 10th day of November, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE